THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br> v. <br><br> SHOW READY LLC, a California limited liability company, <br><br> Defendant. | CASE NO. C17-0022-JCC <br><br> ORDER OF DEFAULT JUDGMENT |

This matter comes before the Court on Plaintiff's motion for default judgment (Dkt. No. 11). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and AWARDS judgment against Defendant and in favor of Plaintiff in the amounts listed herein. These amounts are due to Plaintiff by Defendant for its inclusive employment of members of the bargaining unit represented by Local 986 and Local 542, with which Defendant has valid collective bargaining agreements, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the period of July 2016 through April 2017.

ORDER OF DEFAULT JUDGMENT
PAGE - 1

## SUMMARY OF JUDGMENT

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | Show Ready LLC |
| | |
| Principal Judgment Amount: | $22,376.50 |
| Liquidated Damages: | $4,475.30 |
| Interest to Date of Judgment: | $347.97 |
| Attorney Fees: | $984.50 |
| Costs: | $775.00 |
| Other Recovery Amounts: | NONE |
| Total: | $28,959.27 |
| | |
| Percent Interest on Principal: | Four percent (4%) per annum |
| Interest Rate on Costs: | NONE |
| | |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

DATED this 19th day of May, 2017.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE